WILLIAM B. GLENESK, Respondent, v. GUIDANCE REALTY CORP. et al., Appellants.—

Rabin, P. J., Munder, Latham, Christ and Brennan, JJ., concur.